**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHAWANDA WADE,<br>      Plaintiff<br><br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a<br>FINGERHUT,<br><br>      Defendant | **Case No.: 3:17-cv-00890-JD-MGG** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 19, 2018          BY: */s/ Joseph C. Hoeffel*
                                                       Joseph C. Hoeffel, Esquire
                                                       Kimmel & Silverman, P.C
                                                       30 East Butler Pike
                                                       Ambler, PA 19002
                                                       Phone: (215) 540-8888
                                                       Facsimile: (215) 540-8817
                                                       Email: jhoeffel@creditlaw.com
                                                       Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 19th day of February, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

Fingerhut / Bluestem Brands
7075 Flying Cloud Drive
Eden Prairie MN 55344
Phone: (800) 503-2462

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: jhoeffel@creditlaw.com
Attorney for Plaintiff
